UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JEAN JIMENEZ DE SANTIAGO,                          §
A 221 355 855,                                     §
                                                   §
            Petitioner,                            §
                                                   §
vs.                                                §        SA-25-CV-1203-FB
                                                   §
PAM BONDI, U.S. Attorney General;                  §
KRISTI NOEM, U.S. Secretary of                     §
Homeland Security; TODD M. LYONS,                  §
Acting Director of U.S. Immigration and            §
Customs Enforcement; ET AL.,                       §
                                                   §
            Respondents.                           §

## JUDGMENT

Pursuant to this Court's Dismissal Order, the 28 U.S.C. § 2241 Habeas Corpus Petition filed by Petitioner Jean Jimenez DeSantiago (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of December, 2025.**

_____
**FRED BIERY**
**UNITED STATES DISTRICT JUDGE**